**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00719-RPM
(Consolidated with Civil Action No. 05-CV-00912-RPM)

UNITED STATES OF AMERICA,
for the use and benefit of
KAMRAN AND COMPANY, INC., and
UNITED STATES OF AMERICA,
For the use and benefit of
RK MECHANICAL, INC.

  Plaintiffs,

v.

KPS ELECTRIC, INC.
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICAN, and
LEGGETT & PLATT COMPONENTS COMPANY, INC., d.b.a.
UNIVERSAL STAINLESS, INC.

  Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Parties have filed a Stipulation Of Dismissal With Prejudice, of all claims ("Stipulation"). The Stipulation has been approved by all Parties who have appeared in the action. After careful review of the Stipulation and the file, the Court has concluded that the Stipulation should be approved under Fed. R. Civ. P. 41(a)(1)(ii), and that all claims asserted by Plaintiffs herein against Defendants KPS Electric, Inc., Travelers Casualty and Surety Company of America and Leggett & Platt Components Company, Inc., d/b/a/ Universal Stainless, Inc. should be dismissed, with prejudice, each party to bear its own costs and expenses.

**IT IS THEREFORE ORDERED**:

1.That the **Stipulation Of Dismissal With Prejudice,** filed on May 19, 2006, is APPROVED.

2.That all claims asserted herein by Plaintiffs against Defendants KPS Electric, Inc., Travelers Casualty and Surety Company of America and Leggett & Platt Components Company, Inc., d/b/a/ Universal Stainless, Inc. are **DISMISSED, WITH PREJUDICE**, each party to bear its own costs and expenses.

Dated this 22nd of May, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge